UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| ALEX C. SNELSON,                       ) | |
|                                        ) | CASE NO.: 3:13-CV-00456-RCJ-VPC |
|             Plaintiffs,                ) | |
|                                        ) | |
| v.                                     ) | O R D E R |
|                                        ) | |
| WASHOE COUNTY DETENTION                ) | |
| FACILITY, *et al.,*                    ) | |
|                                        ) | |
|             Defendant.                 ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #20) entered on July 1, 2014, in which the Magistrate Judge recommends that the Court deny as moot Washoe County Detention Facility's Motion to Dismiss (ECF #12) and Defendants Shearer, Huynh, Avina and Petit's Motion for a More Definite Statement (ECF #13) and that the action proceed on Plaintiff's Amended Complaint (ECF #17). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #20).

///

///

///

1    IT IS HEREBY ORDERED that Defendants' Motion to Strike Amended Complaint (ECF
2 #18) is DENIED.
3    IT IS FURTHER ORDERED that Defendant Washoe County Detention Facility's Motion
4 to Dismiss (ECF #12) AND Defendants' Motion for a More Definite Statement (ECF #13) are
5 DENIED AS MOOT.
6    IT IS SO ORDERED this 13th day of August, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE