UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| ALEX C. SNELSON, | ) |
| Plaintiff, | ) CASE NO.: 3:13-CV-00456-RCJ-VPC |
| v. | ) O R D E R |
| WASHOE COUNTY DETENTION FACILITY, *et al.*, | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #36) entered on February 27, 2015, in which the Magistrate Judge recommends the Court dismiss this action with prejudice for Plaintiff's failure to comply with LSR2-2. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #36).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 31st day of March, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE